■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HECTOR PIMENTHAL, Appellant. [677 NYS2d 474] —Judgment, Supreme Court, New York County (Renee White, J.), rendered July 20, 1995, convicting defendant, after a jury trial, of criminal possession of a weapon in the second and third degrees and menacing in the second degree, and sentencing him, as a second violent felony offender, to concurrent terms of 7½ to 15 years, 3½ to 7 years, and 1 year, respectively, unanimously affirmed.

The prosecutor's summation was in direct response to defendant's closing arguments, in which he attacked the credibility of the People's witnesses and accused the prosecutor of pursuing the case in "bad faith", and therefore did not exceed the broad latitude accorded on summation (see, People v Galloway, 54 NY2d 396, 399; People v Overlee, 236 AD2d 133, lv denied 91 NY2d 976).

We have reviewed the arguments raised in defendant's pro se supplemental brief and find them to be without merit. Concur—Lerner, P. J., Milonas, Wallach and Rubin, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEVEN RODGERS, Appellant. [677 NYS2d 474] —Judgment, Supreme Court, New York County (Charles Tejada, J.), rendered July 10, 1995, convicting defendant, after a jury trial, of criminal sale of a controlled substance in the third degree and criminal possession of a controlled substance in the third and seventh degrees, and sentencing him, as a second felony offender, to two concurrent terms of 5 to 10 years and a concurrent prison term of 1 year, unanimously affirmed.

Defendant's suppression motion was properly denied. The record establishes that, contrary to defendant's claim, the court made appropriate findings of fact and conclusions of law (see, CPL 710.60 [4]). Concur—Lerner, P. J., Milonas, Wallach and Rubin, JJ.